COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-283-CV

 

 

IN RE ALLEN FITZGERALD
CALTON                                           RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's petition for writ of mandamus and is of the
opinion that relief should be denied.[2]  Accordingly, relator's petition for writ of
mandamus is denied.

PER CURIAM

 

 

PANEL A: 
DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

 

DELIVERED: 
August 24, 2006











    [1]See
Tex. R. App. P. 47.4.





    [2]See
In re McAfee, 53 S.W. 3d 715, 718 (Tex. App. B Houston [1st
Dist.] 2001, orig. proceeding) (providing that applicant may seek mandamus
relief from Court of Criminal Appeals).